JAMES GORDON BENNETT, Appellant, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

*Bennett* v. *American Surety Co.*, 73 App. Div. 468, affirmed.
(Argued June 14, 1904; decided August 5, 1904 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1902, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury.

*Egerton L. Winthrop, Jr.,* and *Flamen B. Candler* for appellant.

*Nathan D. Stern* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JACOB FINKELSTEIN, Respondent, *v.* ANNA G. HUNER, Appellant.

*Finkelstein* v. *Huner*, 77 App. Div. 424, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Louis Levy* for appellant.

*Jacob Friedman* for respondent.

Judgment affirmed, with costs, on opinion of PATTERSON, J., below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.